## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ALBERT GALLATIN AREA SCHOOL DISTRICT, AVONWORTH SCHOOL DISTRICT, SOUTH PARK SCHOOL DISTRICT, AND WEST ALLEGHENY SCHOOL DISTRICT, | : | No. 240 WAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Respondents | : | |
| | : | |
| v. | : | |
| | : | |
| THE PENNSYLVANIA CYBER CHARTER SCHOOL, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.